No. 09-10704. Terence Bruce Richards, Petitioner v. United States, et al.

562 U.S. 850, 131 S. Ct. 99, 178 L. Ed. 2d 63, 2010 U.S. LEXIS 6040.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-10705. Carlos Shaarbay, aka Charles Shaarbay, Petitioner v. Florida.

562 U.S. 850, 131 S. Ct. 99, 178 L. Ed. 2d 63, 2010 U.S. LEXIS 6120,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 27 So. 3d 661.

No. 09-10709. Melvin Mason, Petitioner v. William E. Cassady, et al.

562 U.S. 850, 131 S. Ct. 100, 178 L. Ed. 2d 63, 2010 U.S. LEXIS 6096,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10710. Diane Deconti, Petitioner v. Don Hunter, Sheriff, Collier County, Florida, et al.

562 U.S. 850, 131 S. Ct. 100, 178 L. Ed. 2d 63, 2010 U.S. LEXIS 5891.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 9 So. 3d 624.

No. 09-10711. Matthew M. Cobado, Petitioner v. James Conway, Superintendent, Attica Correctional Facility.

562 U.S. 850, 131 S. Ct. 100, 178 L. Ed. 2d 63, 2010 U.S. LEXIS 6126.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 09-10713. Frankie Washington, Petitioner v. Mary Lattimore, Warden.

562 U.S. 850, 131 S. Ct. 100, 178 L. Ed. 2d 63, 2010 U.S. LEXIS 5857.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10715. Jamie Ryan Weis, Petitioner v. Georgia.

562 U.S. 850, 131 S. Ct. 100, 178 L. Ed. 2d 63, 2010 U.S. LEXIS 5992.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 287 Ga. 46, 694 S.E.2d 350.